IT IS SO ORDERED.

Dated: 22 April, 2020 11:12 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Wilbur J. Withrow | ) | Case No. 20-11049 |
| | Letitia C. Withrow | ) | Chapter 13 Proceeding |
| | Debtors | ) | Judge Jessica E price Smith |

### ORDER ON MOTION TO REIMPOSE AUTOMATIC STAY

In Cleveland, Ohio in said district, this cause came on for consideration upon Debtors' Motion To Reimpose Stay. After consideration of the pleadings and there being no objections, this Court finds Debtors' Motion to be well taken, and;

**THEREFORE,** Debtors' Motion To Reimpose Automatic Stay is hereby granted. A stay is in effect for all matters.

**IT IS SO ORDERED.**

Prepared by:

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtors
14077 Cedar Road, Ste 101
Cleveland, Ohio 44118
(216) 691-0404; (216) 291-2970 (fax)
rhlegal@aol.com

## SERVICE

A copy of the foregoing Order was sent to the following:

Lauren Helbling, Chapter 13 Trustee, ch13trustee@ch13cleve.com

Wilbur and Letitia Withrow debtors, 3795 Northampton Road, Cleveland Heights, OH 44121

Benjamin N. Hoen, attorney for US Bank National, at bhoen@weltman.com