Dated: 21 May 2020  04:38 PM

**ENTERED UNDER AMENDED ADMINISTRATIVE ORDER NO. 11-02**
**JOSIAH C. SELL,**
**CLERK OF BANKRUPTCY COURT**

**BY: /s/ Michael Gaughan**
     **Deputy Clerk**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Wilbur J Withrow | ) | Case No. 20-11049-jps |
| XXX-XX-0840 | ) | Chapter 13 Proceedings |
| Debtor(s) | ) | Judge Jessica E. Price Smith |

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM DEBTOR-EMPLOYEE'S WAGES, COMBINED WITH RELATED ORDERS

To:   HARBOR CREST LTD,

The above named Debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name:  HARBOR CREST LTD
Address:           ATTN: PAYROLL GARNISHMENTS
                   4420 SHERWIN RD
City/State/Zip:    WILLOUGHBY, OH 44094
Phone:             (000)000-0000

In accordance with the relevant provisions of the Debtor's proposed plan,

**IT IS, THEREFORE, ORDERED**, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $1,293.43 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this Court. The Chapter 13 Trustee's name and payment address are:

Lauren A. Helbling, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
**Include the case number shown above with all payments**

**IT IS FURTHER ORDERED**, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

**IT IS FURTHER ORDERED,** that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the Trustee certifies that this form is identical in all respects to the official form.

Submitted by:

/s/  Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

Revised October 1, 2017

**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

RENEE HELLER, Attorney for Debtor(s)
(served via ECF)

Wilbur J Withrow, Debtor(s)
3795 NORTHAMPTON ROAD
CLEVELAND HEIGHTS, OH 44121


HARBOR CREST LTD, Employer
ATTN: PAYROLL GARNISHMENTS
4420 SHERWIN RD
WILLOUGHBY, OH 44094

###